UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| **TRINA TATE,** *et al.*, ) | |
| ) | |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | |
| ) | **Civil Action No. 3:22-cv-45 REP** |
| **EVENTMAKERS-USA, INC.,** a Virginia ) | |
| corporation, d/b/a **CVAH PRODUCTIONS** ) | |
| and/or d/b/a **IAH PRODUCTIONS,** *et al.*, ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**JOIN MOTION FOR**
**APPROVAL OF FLSA SETTLEMENT AGREEMENTS**

COME NOW Plaintiffs Trina Tate, Brittany Hutchinson and Morgan Hutchinson, with the consent of Defendants Eventmakers-USA, Inc., Lawrence A. Creeger, and Matthew Allan Creeger and Cross-Claim Defendant The BritMor Group, LLC (collectively, the "Parties"), by and through their counsel and pursuant to 29 U.S.C. § 216(b) and (c), and respectfully move this Court to enter an Order approving the parties' agreements to fully resolve and settle Plaintiffs' claims asserted under the Fair Labor Standards Act and directing the parties to act in conformity with those agreements.

The grounds for this Motion are set forth in the accompanying Memorandum in Support, to which a copy of the proposed Settlement Agreements are attached as Exhibit A.

Dated:  August 5, 2022

Respectfully submitted,

| PLAINTIFFS | DEFENDANTS |
|---|---|
| /s/ *Nichole Buck Vanderslice* | /s/ *Robyn H. Hansen* |
| Nichole Buck Vanderslice (VSB No. 42637) | Robyn H. Hansen (VSB No. 23134) |
| LAW OFFICE OF NICHOLE BUCK VANDERSLICE, PLLC | Brian G. Muse (VSB No. 47218) |
| 9019 Forest Hill Avenue, Suite 2C | SANDS ANDERSON PC |
| Richmond, VA 23235 | 263 McLaws Circle, Suite 205 |
| Telephone: 804.272.2920 | Williamsburg, VA 23185 |
| Email: *nvanderslice@nbvlaw.com* | Telephone: (757) 208-0301 |
| | Facsimile: (757) 378-5409 |
| and | E-mail: *bmuse@sandsanderson.com* |
| | E-mail: *rhansen@sandsanderson.com* |
| Blackwell N. Shelley, Jr. (VSB No. 28142) | E-mail: *mmiller@sandsanderson.com* |
| SHELLEY CUPP SCHULTE, P.C. | |
| 3 W. Cary St. | *Counsel for Defendants* |
| Richmond, Virginia 23220 | |
| Tel: (804) 644-9700 | |
| Fax: (804) 278-9634 | |
| Email: *shelley@scs.law* | |
| | |
| *Counsel for Plaintiffs and Cross-claim Defendant* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2022, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing by electronic mail to the following counsel of record:

Brian G. Muse (VSB No. 47218)
Robyn H. Hansen (VSB No. 23134)
SANDS ANDERSON PC
263 McLaws Circle, Suite 205
Williamsburg, VA 23185
Telephone: (757) 208-0301
Facsimile: (757) 378-5409
E-mail: *bmuse@sandsanderson.com*
E-mail: *rhansen@sandsanderson.com*

*Counsel for Defendants*

Blackwell N. Shelley, Jr. (VSB No. 28142)
SHELLEY CUPP SCHULTE, P.C.
3 W. Cary St.
Richmond, Virginia 23220
Tel: (804) 644-9700
Fax: (804) 278-9634
Email: *shelley@scs.law*

*Counsel for Plaintiffs and Defendant The BritMor Group, LLC*


By: ___/s/ NICHOLE BUCK VANDERSLICE
Nichole Buck Vanderslice (VSB #42637)
Email: *nvanderslice@nbvlaw.com*
LAW OFFICE OF NBVANDERSLICE, PLLC
9019 Forest Hill Avenue, Suite 2C
Richmond, VA 23235
Telephone: 804.272.2920
*Counsel for Plaintiffs*